■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHRISTOPHER ZEITO, Appellant. [753 NYS2d 914] —Appeal from a judgment of Monroe County Court (Egan, J.), entered March 12, 1997, convicting defendant after a jury trial of murder in the second degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed.

Memorandum: On appeal from a judgment convicting him after a jury trial of murder in the second degree (Penal Law § 125.25 [1]), defendant contends that County Court erred in failing to suppress the statement that he made to the police after receiving *Miranda* warnings because that statement was tainted by his earlier statement to the police that preceded the *Miranda* warnings. Defendant failed to raise that contention before the suppression court and thus has failed to preserve it for our review (*see* CPL 470.05 [2]), and we decline to exercise our power to review that contention as a matter of discretion in the interest of justice (*see* 470.15 [6] [a]). Defendant also failed to preserve for our review his contention that the court interfered unnecessarily during the questioning of certain witnesses, thereby depriving him of a fair trial. In any event, that contention is without merit. The record does not support defendant's contention that the court took on "either the function or appearance of an advocate" (*People v Arnold,* 98 NY2d 63, 67; *cf. People v De Jesus,* 42 NY2d 519, 523-524). Present— Pigott, Jr., P.J., Wisner, Hurlbutt, Scudder and Lawton, JJ.